F. W. Bealey, Appellant, v. The State Plant Board, a body corporate, P. K. Yonge, E. L. Wartman, T. B. King, W. D. Finlayson and F. E. Jennings, as members of and constituting the State Plant Board, and P. K. Rolfs, W. J. Krome and Lloyd S. Tenny, as members of and constituting an advisory committee acting in charge of the State Plant Board, Appellees.

Filed May 24, 1916.

Appeal from the Circuit Court, Dade County; H. Pierre Branning, Judge.

Decree affirmed.

*James T. Sanders* and *Geo. A. Worley & Son,* for Appellant;

*Price & Eyles,* for Appellees.

---

Town of Jennings, a Municipal Corporation, Plaintiff in Error, v. The J. B. McCrary Company, organized and existing under the laws of the State of Georgia, Defendant in Error.

Filed May 24, 1916.

Writ of Error to Circuit Court, Hamilton County; M. F. Horne, Judge.

Judgment affirmed.